**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Richard TORRES, Defendant— Appellant.**

No. 01–10132.
D.C. No. CR–00–00869–EHC.

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2002 *.

Decided May 24, 2002.

Before FERNANDEZ, THOMAS and WARDLAW, Circuit Judges.

MEMORANDUM **

Richard Torres appeals his conviction, pursuant to a guilty plea, and sentence for importation of a controlled substance in violation of 21 U.S.C. § 952. Torres's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record. Torres has filed a pro se supplemental brief.

Because our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that the plea agreement, including the waiver of the right to appeal, was entered knowingly and voluntarily, *United States v. Aguilar–Muniz,* 156 F.3d 974, 976 (9th Cir.1998) (waiver of right to appeal is valid if knowing and voluntary), we enforce the waiver, grant counsel's motion to withdraw, and dismiss the appeal.

DISMISSED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

